# SPIVAKLIPTON LLP

ATTORNEYS AT LAW

Nicholas J. Johnson
njohnson@spivaklipton.com
1040 6th Avenue, 20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
spivaklipton.com

July 1, 2026

**Via ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:  **Trustees of the Welfare, Pension and Annuity Funds of Local No. One, I.A.T.S.E. v. Taylor Productions, LLC**
**Case No. 1:26-cv-02877 (KPF)**

Dear Judge Failla:

This firm represents Plaintiffs in the above-referenced case.  Pursuant to Rule 2.C(i) of Your Honor's Individual Rules of Practice in Civil Cases, I write to request an adjournment of the initial pretrial conference, which is currently scheduled for July 10, 2026.  (ECF No. 5.)  This is the first request for an adjournment of this conference.

Plaintiffs request this adjournment because Defendant has failed to timely file an answer or otherwise move with respect to the Complaint herein.  On June 18, 2026, the Clerk entered a Certificate of Default noting Defendant's default.  (ECF No. 9.)

Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted.  In light of Defendant's default, Plaintiffs do not propose alternative dates for rescheduling.  Plaintiffs intend to apply to the Court for default judgment on or before July 10, 2026.

Respectfully submitted,

SPIVAK LIPTON LLP

Nicholas J. Johnson
*Counsel for Plaintiffs*

Application GRANTED.  The initial pretrial conference previously scheduled for July 10, 2026, is hereby ADJOURNED *sine die*.  The Court will expect Plaintiff's motion to default judgment on or before **July 10, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    July 2, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE