SPIVAKLIPTON LLP
ATTORNEYS AT LAW

Nicholas J. Johnson
njohnson@spivaklipton.com
1040 6th Avenue, 20th Floor
New York, NY 10018
**T** 212.765.2100
**F** 212.765.8954
spivaklipton.com

August 18, 2026

**MEMO ENDORSED**

**Via ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

**Re: Trustees of the Welfare, Pension and Annuity Funds of Local No. One, I.A.T.S.E. v. Taylor Productions, LLC**
**Case No. 1:26-cv-02877 (KPF)**

Dear Judge Failla:

This firm represents Plaintiffs in the above-referenced case. Pursuant to Rule 2.C(i) of Your Honor's Individual Rules of Practice in Civil Cases, I write to request an adjournment of the order to show cause for default judgment hearing that is currently scheduled for August 20, 2026. (ECF No. 16.) This is the first request for an adjournment of this hearing.

Plaintiffs request this adjournment because the parties are engaged in productive settlement discussions and hope to be able to resolve this matter without further intervention of the Court. Accordingly, rather than rescheduling the hearing, Plaintiffs propose that Plaintiffs file either a notice of voluntary dismissal or a status letter on or before September 17, 2026.

Plaintiffs' counsel conferred with Defendant (Plaintiffs' counsel's understanding is that Defendant has not retained counsel in connection with this matter) regarding this adjournment request, and Defendant did not object to the request.

Respectfully submitted,

SPIVAK LIPTON LLP

Nicholas J. Johnson
*Counsel for Plaintiffs*

cc (via email): William Taylor, Taylor Productions (bill@taylorproductions.co)

Application GRANTED. The default judgment hearing scheduled for tomorrow, **August 20, 2026**, is hereby ADJOURNED *sine die*. On or before **September 17, 2026**, Plaintiff shall either file a notice of voluntary dismissal or a status letter.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated: August 19, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE